1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| I.K., et al., | ) | |
| Plaintiff(s), | ) | No. C05-4509 BZ |
| v. | ) | **ORDER** |
| SAN FRANCISCO HOUSING AUTHORITY, | ) | |
| Defendant(s). | ) | |

The parties are **HEREBY ORDERED** to refile their pleadings and comply with Civil Local Rule 3-17(a)(2). In the interim, the removal petition, complaint and all other documents mentioning the minor plaintiffs by name are **SEALED**.

Dated: November 8, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\KING\ORDER.wpd

1