STEPHEN L. COLLIER, ESQ., CA State Bar No. 124887
TENDERLOIN HOUSING CLINIC, INC.
126 Hyde Street, 2nd Floor
San Francisco, CA 94102
Telephone: (415) 771-9850
Facsimile: (415) 771-1287

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE KING, et al., | No. C-05-4509 BZ |
| Plaintiffs, | [PROPOSED] ORDER EXTENDING THE DEADLINE TO COMPLETE MEDIATION |
| vs. | |
| SAN FRANCISCO HOUSING AUTHORITY, and Does 1 to 30, | |
| Defendants. | |

The parties, having agreed to conduct a mediation on October 4, 2006, with Margaret Corrigan, the Circuit Court Mediator appointed by this Court, and due to scheduling conflicts not being able to have conducted a mediation prior to October 4, 2006.

IT IS HEREBY ORDERED that the deadline for conducting the mediation shall be extended to October 6, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER EXTENDING THE DEADLINE TO COMPLETE MEDIATION                              1