UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.K., et al.,<br><br>     Plaintiff(s),<br><br>   v.<br><br>SAN FRANCISCO HOUSING AUTHORITY,<br><br>     Defendant(s). | No. C05-4509 BZ<br><br>**AMENDED ORDER SCHEDULING JURY TRIAL AND PRETRIAL MATTERS** |

Following the Case Management Conference, the parties entered into settlement discussions and, by Stipulation dated September 14, 2006, requested a stay of discovery until October 5, 2006 and the rescheduling of pretrial deadlines. **IT IS HEREBY ORDERED** the discovery in this matter is **STAYED** until October 5, 2006.  **IT IS FURTHER ORDERED** that my May 2, 2006 Order Scheduling Pretrial and Trial Dates is amended as follows:

1.  <u>DATES</u>

Trial Date: Monday, Monday, 3/12/2007, **at 8:30 a.m.**

Pretrial Conference: Tuesday, 2/20/2007, **at 4:00 p.m.**

1

1 | Last Day to Hear Dispositive Motions: Wednesday, 1/10/2007
2 | Last Day for Expert Discovery: Friday, 12/8/2006
3 | Last Day for Expert Disclosure: Friday, 12/1/2006
4 | Close of Non-expert Discovery: Friday, 11/24/2006
5 |     Except as modified above, my May 2, 2006 Order remains
6 | in full force and effect.
7 | Dated:   September 27, 2006

                           /s/ Bernard Zimmerman
                           Bernard Zimmerman
                       United States Magistrate Judge

G:\BZALL\-BZCASES\KING\AMENDEDSCH.ORDER.wpd

2