UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.K., a minor by & through his Guardian Ad Litem IRENE KING, <br><br> Plaintiff(s), <br><br> v. <br><br> SAN FRANCISCO HOUSING AUTHORITY, <br><br> Defendant(s). | No. C05-4509 BZ <br><br> **CONDITIONAL ORDER OF DISMISSAL** |

The parties to this matter having advised the Court that they have agreed to a settlement, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within **90 days** of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

Dated: October 18, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\KING\KING.COND.DISM.ORD.wpd

1