1  STEPHEN L. COLLIER, ESQ., CA State Bar No. 124887
   TENDERLOIN HOUSING CLINIC, INC.
2  126 Hyde Street, 2nd Floor
   San Francisco, CA 94102
3  Telephone: (415) 771-9850
   Facsimile: (415) 771-1287

E-Filing

5  Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I. K., J. K., by and through his guardian ad litem, I. K., S. G., V. M., S. M., by and through his guardian ad litem, S. G., O. M., by and through his guardian ad litem, S. G., K. T., K. G., by and through her guardian ad litem, K. T., E. I., M. C., by and through her guardian ad litem, E. I.,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN FRANCISCO HOUSING AUTHORITY, and Does 1 to 30,<br><br>Defendants. | Case No. C05-4509 BZ<br><br>(S.F. Superior Court No. CGC 05 443662)<br><br>**PLAINTIFFS' EX PARTE REQUEST FOR A 90-DAY EXTENSION OF CONDITIONAL ORDER OF DISMISAL** |

Plaintiffs Irene King, et al., and defendant San Francisco Housing Authority entered into a Settlement Agreement before Circuit Court Mediator Margaret Corrigan on October 4, 2006. That Settlement Agreement was conditioned on Court approval and also required that the parties agree on the form of notice to be provided San Francisco Housing Authority tenants with regards to mold. The Court entered a Conditional Order of Dismissal on October 18, 2006 allowing the parties 90 days to request that the court restore this matter on calendar for trial.

1     The parties have been discussing the contents of the mold notice and it is anticipated
2 that they will agree on the contents of the notice shortly. Plaintiffs will then file a motion for
3 approval of the settlement and minor's compromise within the next 90 days.
4     Therefore, plaintiffs request that the Court's Conditional Order of Dismissal entered
5 October 18, 2006, be extended another 90 days to allow the parties to complete the settlement.

Dated: January 16, 2007

_____
Stephen L. Collier
Attorney for Plaintiffs

So Ordered

17/Jan 07

/s/ Bernard Zimmerman

PLAINTIFFS' EX PARTE REQUEST FOR A 90-DAY EXTENSION OF CONDITIONAL ORDER OF DISMISAL     2

# AFFIDAVIT OF SERVICE

I declare that: I am employed in the City and County of San Francisco, California. I am over the age of eighteen years, and am not a party to the action entitled below. My business address is 126 Hyde Street, 2nd Floor, San Francisco, California, 94102.

On January 16, 2007, I served the attached document(s):

**PLAINTIFFS' EX PARTE REQUEST FOR A 90-DAY EXTENSION OF CONDITIONAL ORDER OF DISMISAL**

Case No. C05-4509 BZ

☒ **BY MAIL**    By causing a true copy thereof to be placed in an envelope addressed to the Addressee designated below at his/her/its business address, and by having said envelope sealed and deposited with postage thereon fully prepaid in the United States Postal Service to the place so addressed.

☒ **BY FAX**    By causing a true copy of said document(s) to be sent via facsimile to the phone numbers listed below.

ADDRESSEE(S):

Fred Blum, Esq.
D. Mark Jackson, Esq.
Bassi, Martini, Edlin & Blum LLP
351 California Street, Suite 200
San Francisco, CA  94104
Fax: (415) 397-1339

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: January 16, 2007

_____
Steven Shubert

AFFIDAVIT OF SERVICE