<pre>
 1 | STEPHEN L. COLLIER, ESQ., CA State Bar No. 124887
   | TENDERLOIN HOUSING CLINIC, INC.
 2 | 126 Hyde Street, 2nd Floor
   | San Francisco, CA 94102
 3 | Telephone: (415) 771-9850
 4 | Facsimile: (415) 771-1287

 5 | Attorney for Plaintiffs
</pre>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I. K., J. K., by and through his guardian ad litem, I. K., S. G., V. M., S. M., by and through his guardian ad litem, S. G., O. M., by and through his guardian ad litem, S. G., K. T., K. G., by and through her guardian ad litem, K. T., E. I., M. C., by and through her guardian ad litem, E. I.,<br><br>Plaintiffs,<br>vs.<br><br>SAN FRANCISCO HOUSING AUTHORITY, and Does 1 to 30,<br><br>Defendants. | Case No. C05-4509 BZ<br><br>(S.F. Superior Court No. CGC 05 443662)<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION [FRCP 41]** |

The parties to this action have settled this action pursuant to a Court supervised mediation and the settlement. The minor's compromise has been approved by this Court as well. The parties have completed all the terms of the Settlement Agreement. Therefore, the

///
///
///
///
///
///

STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION [FRCP 41]

1  parties hereby stipulate to a dismissal with prejudice of this action, each side to bear its own
2  fees and costs.

3

4  Dated: June 22, 2007

5  Stephen L. Collier
   Attorney for Plaintiffs

6

7

8  Dated: June 22, 2007

   D. Mark Jackson
9  Attorney for Defendant

10  It is so ordered.
11

12  Dated:   June 25, 2007

13  Magistrate Judge

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Bernard Zimmerman]

STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION [FRCP 41]                                2