UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| I.K., et al., | ) | |
|     Plaintiff(s), | ) | No. C05-4509 BZ |
|   v. | ) | |
| SAN FRANCISCO HOUSING AUTHORITY, | ) | **ORDER FOR WITHDRAWAL OF FUNDS** |
|     Defendant(s). | ) | |

    Guardian Kuiana Taylor's application to withdraw funds on behalf of the plaintiff, K.G. is **GRANTED** to the limited extent that she is permitted to withdraw $1,000.00 to pay for four months of the child's tuition at Mission Delores Catholic School and $367.00 to pay for one month of food stamps. These withdrawals are permitted on the following conditions:

    1. Through counsel, plaintiff shall file with the Court proof that the tuition was paid.

    2. Plaintiff shall repay these amounts into her

///

1

1 | daughter's account and by no later than January 1, 2012.
2 | Dated: October 21, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\ARCHIVE\BZCASES.3\KING\CAPTION.ORDER.wpd

2